No. 941. MUELLER v. ILLINOIS. Jurisdictional statement submitted May 22, 1933. Decided May 29, 1933. Per Curiam: The appeal is dismissed for the want of a substantial federal question. Waters-Pierce Oil Co. v. Texas (No. 1), 212 U.S. 86, 108–111; Fox v. Washington, 236 U.S. 273, 277; Miller v. Strahl, 239 U.S. 426, 434; Omaechevarria v. Idaho, 246 U.S. 343, 348; Hygrade Provision Co. v. Sherman, 266 U.S. 497, 501–503; Bandini v. Superior Court, 284 U.S. 8, 18; Sproles v. Binford, 286 U.S. 374, 393; Lavine v. California, 286 U.S. 528; Leach v. California, 287 U.S. 579, 580. Messrs. Benjamin C. Bachrach and Chester E. Cleveland for appellant. Mr. Montgomery S. Winning for appellee.

No. —, original. EX PARTE LANSDOWN ET AL. May 29, 1933. The motion for leave to file petition for writ of mandamus is denied without prejudice to application to the Circuit Court of Appeals. Messrs. Samuel A. Ettelson and Leonard B. Ettelson for petitioners.